[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13012
Non-Argument Calendar
_____

D.C. Docket No. 0:13-cr-60164-JIC-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HECTOR BRUNO, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 21, 2015)

Before MARTIN, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel in this direct criminal appeal for Hector Bruno, Jr., has moved to withdraw from further representation of Bruno and has filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bruno's conviction and sentence are **AFFIRMED**.